172

PERLIN, C.J.

(No. 6132

LAVENTHOL, KREKSTEIN, HORWATH & HORWATH, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed January 9, 1973.*

LAVENTHOL, KREKSTEIN, HORWATH & HORWATH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6133

LAVENTHOL, KREKSTEIN, HORWATH & HORWATH, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed January 9, 1973.*

LAVENTHOL, KREKSTEIN, HORWATH & HORWATH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.